

**NUMBER 13-19-00052-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

---

**ELTON WAYNE HOLMES,**                                                **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                               **Appellee.**

---

**On appeal from the 117th District Court
of Nueces County, Texas.**

---

## ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This cause is before the Court on appellant's fourth unopposed motion for extension of time to file the brief. Appellant's brief was originally due to be filed on October 24, 2019, and this Court previously granted appellant three extensions for the filing of appellant's brief in this cause.

The Court, having fully examined and considered appellant's fourth motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's fourth motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellant's fourth motion for extension of time to file the brief is GRANTED, and the Honorable Sandra A. Eastwood, counsel for appellant, is ORDERED to file the appellate brief with this Court on or before February 21, 2020. No further extensions will be granted in this matter absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. TEX. R. APP. P. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of January, 2020.

2